# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| FABREEKA INTERNATIONAL HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT HALEY and ARMADILLO NOISE & VIBRATION LLC, <br><br> Defendants. | Case No. 15-CV-12958 <br><br> Hon. Gershwin A. Drain |

## ORDER REQUIRING
## MAINTENANCE OF ELECTRONIC INFORMATION

Until further Order of this Court, Defendants Robert Haley and Armadillo Noise & Vibration are to maintain all forms of electronic information in their possession, custody or control, and are not to modify, destroy, delete, or alter any such information in any way whatsoever.

This Order pertains to magnetic and optical media in the possession, custody or control of the Defendants, as well as all cloud-based information or email accounts used by Defendants. Furthermore, Defendants are not to modify, destroy, delete or alter in any way any back-ups of any electronic media in their possession, custody, or control.

- 2 -

This order is being issued on August 26, 2015, at 11:20 am.

/s/Gershwin A Drain  
District Court Judge