UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| FABREEKA INTERNATIONAL HOLDINGS, INC., | |
| Plaintiff, | Case No. 15-cv-12958 |
| v. | UNITED STATES DISTRICT COURT JUDGE GERSHWIN A. DRAIN |
| ROBERT HALEY, and ARMADILLO NOISE & VIBRATION LLC, | UNITED STATES MAGISTRATE JUDGE ANTHONY P. PATTI |
| Defendants. | |

**JUDGMENT**

The above entitled matter having come before the Court and in accordance with the Opinion and Order entered on this date:

**IT IS ORDERED AND ADJUDGED THAT THE** Complaint [1] is **DISMISSED WITHOUT PREJUDICE.**

Dated at Detroit, Michigan, this 17th, day of November, 2015.

DAVID J. WEAVER
CLERK OF THE COURT

BY: s/Teresa McGovern
DEPUTY CLERK